McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEAN MICHAEL COX,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-00378-DMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

1  The parties stipulate that, subject to the approval of the Court, this action shall be
2  remanded to the Commissioner of Social Security for further administrative action pursuant to
3  section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon
4  remand, the Appeals Council will instruct the Administrative Law Judge to clarify the claimant's
5  alleged onset date of disability, reevaluate the medical evidence of record, including the April 22,
6  2019 opinion of Robert E. Burky, M.D., reevaluate the claimant's maximum residual functional
7  capacity and the claimant's subjective complaints, and obtain supplemental vocational expert
8  evidence as necessary.  The Administrative Law Judge will also conduct the further proceedings
9  required to determine whether drug addiction and/or alcoholism is a contributing factor material
10  to the determination of disability.  The Administrative Law Judge will offer the claimant the
11  opportunity for a hearing, take any further action needed to complete the administrative record,
12  and issue a new decision.
13  The parties further request that the Clerk of the Court be directed to enter a final judgment
14  in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final
15  decision of the Commissioner.

DATE: November 24, 2020

Respectfully submitted,

*s/ Joseph Clayton Fraulob*
**Joseph Clayton Fraulob**
Law Offices of Hadley & Fraulob
Attorney for Plaintiff
(as authorized by email)

McGREGOR W. SCOTT
United States Attorney

DATE: November 24, 2020

By  *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:
Oscar Gonzalez de Llano
Assistant Regional Counsel
Office of the General Counsel, Region IX
Social Security Administration

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 25, 2020~~November 24, 2020~~

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

~~DATED: _____       _____
                                 THE HONORABLE DENNIS M. COTA
                                 UNITED STATES MAGISTRATE JUDGE~~